B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Idaho

In re  **BrenCo LLC**                                             Case No.
                                    Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **2,000.00** |
    | Prior to the filing of this statement I have received | $ **2,000.00** |
    | Balance Due | $ **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **Brenton Sempreviva**

4. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Uploading bank statements, tax returns, and pay stubs to trustee.**
       **US Trustee audits**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Filing or contesting motions**
    **Removals**
    **Appeals**
    **Debt negotation/credit repair**
    **Cases converted to any Chapter other than Chapter 7**
    **Adversary Proceedings or other contested matters.**
    **Negotiating reaffirmations or approving reaffirmation is there is a presumption of hardship.**
    **Discharge of student loans**
    **Motions to avoid liens**
    **Motions to determine dischargeability of debts**
    **Tax advice.**

In re  **BrenCo LLC**                                  Case No.
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 15, 2024** | **/s/ Dara Parker** |
| *Date* | **Dara Parker** |
| | *Signature of Attorney* |
| | **D. Parker Law PLLC** |
| | **984 Corporate Lane, Suite 101** |
| | **Nampa, ID 83651** |
| | **208-495-4195   Fax: 208-231-2125** |
| | **dara@dparkerlaw.pl** |
| | *Name of law firm* |



## PROFESSIONAL SERVICES AGREEMENT

I employ D. Parker Law PLLC to represent me, and enter into an attorney-client relationship, regarding the filing of a Bankruptcy under Chapter 7 of the U.S. Bankruptcy Code.

### ATTORNEY FEE AND COURT COSTS

1. Chapter 7 Bankruptcy Representation of a business is a flat fee of $2338 which includes legal fees of $2000 plus $338 for the filing fee. In addition, you agree to the following additional fees if D. Parker Law determines that your case fits the criteria: (1) over 50 creditors, additional $50.00 for each additional 50 creditors; (2) case/file update if you have not filed within four months of your initial consultation, additional $200.00; (3) translation fee if translation into another language is needed to ensure proper representation, additional $50.00; (4) second "initial consultation," additional $200.00; (5) if a debit or credit card is used, a convenience fee of 4.0%. (Please note that we cannot accept our clients' credit cards, as this would constitute fraudulent use of credit, but we can accept the credit card of a friend of family member.); (5) missed appointment without 24 hours notice fee, additional $150.00; (6) emergency filing (needing to file within seven days of your intake), additional $100.00.  D. Parker Law PLLC will have no obligation to provide legal services until you return a signed copy of this Professional Services Agreement and pay fees called for under this paragraph. D. Parker Law PLLC reserves the right to waive or discount these fees on a case-by-case basis.

2. All pricing quotes are valid for 3 months.  If you have not filed your case within three months of your original intake, new prices may be in effect.

3. Fees are nonrefundable once earned by D. Parker Law PLLC.  The initial consultation is free. Any work done after the initial consultation, including means test calculations or communicating with creditors, requires a non-refundable $200.00 retainer, which is applied to the flat legal fee outlined in Paragraph 1. <u>Any payment of this initial $200.00 is always nonrefundable</u>. At the beginning of your appointment to complete your bankruptcy paperwork, you will be required to bring in the balance of your legal fee. **At that time, the entire legal fee becomes nonrefundable regardless of whether or not you file. Further, after six months, no amount paid to D. Parker Law is refundable regardless of whether you have filed**.

4. If any check given in payment is returned for insufficient funds or payment is reversed, you agree to immediately pay a $30.00 fee in addition to the amount of the returned check or reversed payment.

5. In an effort to keep our costs low and allow for off-hours scheduling, we do not have full-time staff in the office; rather, our office hours are by appointment only.  As such, we request that you give us 24 hours notice if you need to cancel a meeting. If you miss an appointment without giving D. Parker Law at least 24 hours notice, we reserve the right to withdraw from representing

you, and keep that portion of the fee that we have earned, as outlined in Paragraph 3, above. Alternatively, we reserve the right to charge you $150.00 for each appointment missed without the required notice. Also, **please be advised that the Meeting of Creditors is mandatory and cannot be canceled or moved. If you miss this meeting, in addition to the missed-appointment fee, you also risk the dismissal of your bankruptcy case.**

**SCOPE OF REPRESENTATION AND STATEMENT OF LIMITED REPRESENTATION**

6. The legal work provided to you under this Professional Services Agreement constitutes those legal tasks generally necessary to file a Chapter 7 Bankruptcy Petition. This includes necessary Court appearances (by members of the firm OR substitute counsel), legal research, correspondence, preparation and drafting of your Petition and other legal documents, and related work to properly represent you in this matter for the items exclusively set forth below. More particularly, the legal services rendered that are to be rendered are as follows:

    a. Based on the information you provide, analysis of your financial situation and rendering legal advice and assistance in determining whether to file for Chapter 7 Bankruptcy.

    b. Intake to discuss all facts, paperwork, and documents necessary for the preparation of your petition; and appointment to complete your bankruptcy petition.

    c. Based on the information you provide, preparation and filing of the Petition, Schedules Statement of Financial Affairs, supplemental local forms, Mailing Matrix, and preparation of any materials required under 11 USC 521(a)(1), (2), (3), and (4).

    d. Signing meeting.

    e. Uploading bank statements, tax returns, and other required documents to the Trustee.

    f. Representation at the First Meeting of Creditors. At the First Meeting of Creditors, it is possible that you will be represented by a substitute attorney who is not a member of D. Parker Law PLLC.

    g. Discussion of and recommendation for required pre-petition credit counseling, and education requirements post-petition, and explanation of those requirements under the Bankruptcy Code. You will be solely responsible for the payment of all fees and charges related to the credit and educational counseling.

    i. Correspondence and communications including the following: communication necessary to notify creditors, the local Sheriff's office, employers, and financial institutions of the bankruptcy in order to stop collections efforts; requests for additional information from the bankruptcy trustee; all communications necessary for the turnover of assets to the trustee, cooperation with the trustee, communications with debtor to keep apprised of developments in the case.

    j. Assisting with compliance with the tax turnover order and other orders of the Court.

    k. Discussions concerning any Motions or Adversary Complaints filed in your case. Note that, as outlined below, responding to these Motions will require you to sign additional Professional Services Agreement and may incur other fees.

    l.    From time to time, the U.S. Trustee performs random or targeted audits of individuals who file for relief under Chapter 7 of the Bankruptcy Code. The Professional Services Agreement includes representation for such an audit.

8. **Limited Representation**: This service agreement includes only the above representation and none else. Unless a further representation agreement is signed our representation ***does not include*** the following:

    a.    Filing, preparing, or contesting Motions of any kind, including motions to revoke a discharge, motions to lift the bankruptcy stay, motions to approve a reaffirmation or redemption agreements, motions to determine dischargeability of a debt, motions to convert or dismiss a case, motions to avoid lien(s), avoidance of preferential or fraudulent transfers; or hearings on the same.

    b.    Removal of a pending action in another court.

    c.    Appeals.

    d.    Pre-or post- petition debt reduction, debt consolidation, debt negotiation or modification, credit repair, correcting credit reports, or contesting debts.

    e.    Representation in any bankruptcy case, original or converted, other than Chapter 7 Bankruptcy.

    f.    Any adversary proceeding or threatened adversary proceeding filed by the Trustee, U.S. Trustee, debtor, creditor, or any other party on any basis. The purpose of filing bankruptcy is to discharge debts. This discharge means you no longer legally owe the debt. Your creditors have the right to object to your discharge. The process for creditors to object to your discharge is called an Adversary Proceeding. Adversary Proceedings are legal proceedings similar to that of a trial where witnesses are called and evidence is presented to the judge. The judge then determines whether the debt in question is discharged or not. There are several reasons in which creditors object to the dischargeability of a debt. Objections are usually based on fraud. Some of the most common are: fraud by filling out a loan application with false information, fraud by running up debt (credit card, payday loan, personal loan) right before filing bankruptcy. Fraud by obtaining services knowing that a bankruptcy will be subsequently filed. Defending an adversary is very time consuming and costly. The low fees quoted by D. Parker Law PLLC cannot possibly cover the cost of defending an adversary proceeding. The fees quoted by D. Parker Law PLLC do **not** include representation regarding defending a complaint to have a debt determined to be non-dischargeable and other adversary proceedings. To defend such a claim will require obtaining representation outside of this service agreement.

    g.    Preparing reaffirmation or redemption agreements; negotiating the terms of redemption or reaffirmation agreements; contacting creditors regarding reaffirmation agreements; requests and hearings for Court approval of reaffirmation agreements; and approving reaffirmation agreements when Client's income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement.

h.  Motion to avoid, impose, enforce, compel, show cause regarding, or extend the bankruptcy stay or discharge injunction.

i.  Litigation of any kind, including (but not limited to) state court actions; actions to set aside a lien on property; defending or bringing avoidance actions by the Trustee or the Debtor; defending a complaint to have a debt determined to be non-dischargeable; representation regarding a revoked or suspended driver's license; representation for any type of federal or state tax advice, opinion, negotiation, or any other matters pertaining to the discharge of any tax under any state or federal law; tax advice; collections lawsuits; foreclosure lawsuits; administrative actions.

j.  Factual Research including: creditor information (including addresses, account numbers, or balances); real estate or tax liens outside the county where you live; judgments; the ownership of property; title reports; judgment liens; property values other than through Zillow.com, Kelly Blue Book, or NADA; lawsuits; or any other factual information about assets, property, debts, or creditors. You must provide this information. Failure to do so may result in unscheduled debts subject to non-dischargeability, dismissal of your case, or other consequences.

l.  Discharge of student loans. If you have student loan debts, you are required to list them on the schedules in your bankruptcy, as you must do with every debt. You are responsible for providing that information. However, student loan debt is very difficult to discharge. Merely listing it will not discharge this debt. Discharging student loan debt requires filing a Motion with the Court. While we will advise you about whether or not we believe you might qualify for discharge of student loan debt, this Professional Services Agreement does not cover any attempt to discharge student loans. Work on any attempt to discharge student loans will require additional legal and court fees pursuant to an additional agreement.

m.  Discharge of tax debts. If you have tax debts, you are required to list them on the schedules in your bankruptcy, as you must do with every debt. You are responsible for providing that information. If it appears that certain criteria may be met, D. Parker Law will list those tax debts in your Bankruptcy Schedules as dischargeable debt. However, it is possible that the taxing agency may later disagree that these debts were actually discharged in Bankruptcy. This is because if certain factors were not in fact met at the time you filed your tax return, a tax debt is <u>automatically</u> nondischargeable, even if the taxing agency did not object during Bankruptcy. In such case, you may be responsible for the tax debt, notwithstanding that it was included in the Bankruptcy Schedules. D. Parker Law will not seek a specific ruling on the dischargeability of your tax debt and will not represent you in any such future disagreement regarding the dischargeability of the tax debt.

n.  Actions or threatened actions to avoid preferential or fraudulent transfers and negotiations regarding the same.

o.  Actions to avoid preferential transfers.

p.  Motions to avoid liens on real or personal property.

q.  Motions to determine the dischargeability of debts.

44

    r.    Tax advice.

    s.    Analysis and/or contesting of creditor claims and proofs filed in the Claims Register.

    t.    License reinstatement.

    u.    Representation if the case is converted, voluntarily or involuntarily, to a Chapter 13 or case under another chapter.

9. **Fee Summary for additional work after filing not included in this Professional Services Agreement.** Any such fees incurred after the filing date constitute new work and are not discharged by the bankruptcy. The following is generally our fee schedule for additional work post-petition:

    a.    Failure to provide bank statements, or tax returns by 14 days following the date of filing: $100.00.

    b.    Amendment to Petition Prior to Closing of the Case: minimum payment of $25 plus $150.00 per hour for work done. If the Amendment is to add Creditor(s), in addition to this fee, $1.00 per Creditor added, plus $31.00 Court Fee

    c.    Amendment to Petition After Closing of the Case: $150.00 plus $150.00 per hour after the first hour, plus $260.00 court fee.

    d.    Motion to re-open case to file post-bankruptcy debtor education course certificate if debtor fails to complete the course, or failure to pay filing fee: $200.00 plus $260.00 court fee.

    e.    Request to continue Meeting of Creditors to a date other than assigned: $500.00 plus $1.00 for each creditor.

    f.    Missed appointment fee: if you miss an appointment and fail to give D. Parker Law 24 hour notice, or if you miss your meeting of creditors and the Trustee permits a continued hearing, there is a $150.00 fee.

    h.    Other work is generally $150.00 per hour, or as otherwise agreed in the Additional Professional Services Agreement, plus any necessary Court fees.

    i.    Payments overdue by 90 days will incur a 2.5% finance charge.

## TERMINATION OF REPRESENTATION

10. D. Parker Law PLLC reserves the right to decline or withdraw from representation. If we withdraw from representation for cause, you are required to pay those portions of the fee earned by D. Parker Law PLLC. Withdrawal for cause includes the following: failure to pay legal fees; if you are unable to qualify for Chapter 7 Bankruptcy; if you miss an appointment without giving 24 hours notice; if you give D. Parker Law PLLC false or misleading information or request that D. Parker Law PLLC give false or misleading information to the Court; if you fail to communicate with D. Parker Law PLLC or provide required or requested information in a timely manner; if you fail to keep D. Parker Law PLLC apprised of your contact information; if you fail to provide the information necessary for the preparation and filing of your Bankruptcy Petition; if the attorney-client relationship has broken down; if you treat any attorney, contractor, or staff member of D. Parker Law PLLC in an offensive, abusive, threatening, inappropriate, or demeaning manner; conversion of the case to a bankruptcy case under a Chapter other than Chapter 7; or for any matter that would require withdrawal from representation or put D. Parker Law PLLC's professional ethics at risk under the Idaho Rules of Professional Conduct. You may terminate D. Parker Law PLLC at any time with or without cause. However, under all circumstances, you will be required to pay those portions of the fee earned by D. Parker Law

PLLC. Representation automatically terminates upon the closing or dismissal of your case, or the conversation of your case to a Chapter other than Chapter 7.

### CONSENT TO REPRESENTATION BY SUBSTITUTE COUNSEL AT THE MEETING OF CREDITORS

11. D. Parker Law PLLC is a small one-attorney practice. Because of scheduling, illness, emergency, or other issues, from time to time D. Parker Law PLLC contracts with attorneys who are not members, associates, or of counsel to D. Parker Law PLLC to serve as substitute counsel to represent clients at the Meeting of Creditors. Absent emergency circumstances, you will be informed prior to the Meeting of Creditors whether such substitution will occur in your case. Substitute counsel may be paid out of the money that you have paid to D. Parker Law PLLC.

While most Bankruptcy clients have a short Meeting of Creditors with no unexpected developments, every Meeting of Creditors is of consequence. Immediately prior to or following the Meeting of Creditors, your Creditors may inquire about your willingness to sign a reaffirmation agreement or request to inspect secured property. At the Meeting of Creditors, you are put under oath, during which time you may be asked questions by your creditors, the Trustee, or other federal authorities about your income, debts, assets, and property. Your testimony could potentially be used against you in future civil or criminal matters. Other unanticipated developments could also arise.

While substitute counsel may not be as fully aware of the details of your case as a D. Parker Law PLLC attorney who has been involved from the beginning, D. Parker Law PLLC maintains close communication with such substitute counsel to ensure that substitute counsel has your case file and all other necessary documents, detailed case notes about potential issues in your case, and is fully prepared to represent you at the Meeting of Creditors. **Nevertheless, if you are uncomfortable with the potential use of substitute counsel we will recommend another local bankruptcy attorney for you to retain**. If you do, you will be required to pay any fees which have been earned per Paragraph 3, above, but all unearned fees will be refunded.

**I have read and understand the above service agreement and statement of limited representation. A separate Chapter 7 Brochure and Disclosures has been provided. I have received and read the Chapter 7 Brochure and Disclosures. I consent to potential representation by substitute counsel at the Meeting of Creditors. I agree to the terms of this Agreement, and understand that if an adversary proceeding is filed against me that D. Parker Law PLLC does not automatically represent me in that proceeding.**

**I would like to order CIN Legal Data Services' Premium Credit Reports Package. I understand that this service may not include every debt I owe, and that I am required to provide the Bankruptcy Court with a list of ALL of my creditors and debts and that I alone am ultimately responsible for accurately and completely disclosing all of my creditors and debts.**

**I acknowledge that D. Parker Law is not allowed to accept a credit card payment for attorney's fees from a debtor/bankruptcy client who intends to list such payment of fees on a credit card as a debt in a bankruptcy proceeding.**

**I acknowledge that Chapter 7 Bankruptcy could result in the liquidation of my assets including funds in accounts, investments, inheritances, commissions, lawsuit proceeds, tax refunds, personal property, vehicles, real property, etc. I understand that it may not be possible to protect all my property. I understand that I cannot spend tax refunds received while my case is open. I**

understand that if I encumber my property through title loans or refinancing in the 90 days prior to bankruptcy I will lose this property. I understand that if I sell, encumber, spend, or transfer any of my property while my bankruptcy case is open I will lose this property.

## EXECUTION OF PROFESSIONAL SERVICES AGREEMENT

Dated: 7/15/24

_____
**Client Signature**

**Client Printed Name:** Brenton Sempreviva
Managing Member, Bren Co LLC

_____
**Client Signature**

**Client Printed Name**

_____
Dara L. Parker
**Attorney and Managing Member**
**D. Parker Law PLLC**

Resolution of the Members/Board of

_Brenco LLC_

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that _Brenton Semprevivo_, _Managing Member_ of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that _Brenton Semprevivo_, _Managing Member_ of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that _Brenton Semprevivo_, _Managing Member_ of this LLC is authorized and directed to employ Dara L. Parker, 7177, attorney and the law firm of D. Parker Law PLLC to represent the corporation in such bankruptcy case."

Date: 7/15/24                                   Signed: _[signature]_

Date:_____                        Signed:_____

Date:_____                        Signed:_____

Date:_____                        Signed:_____

Date:_____                        Signed:_____

33

**United States Bankruptcy Court**
**District of Idaho**

In re: _Brenlo LLC_                              Case No.
                                                 Chapter: 7

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, _Brenton Semprevivo_, declare under penalty of perjury that I am the _Managing Member_ of _Brenco LLC_, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors/Members of said corporation at a special meeting duly called and held on the _15_ day of _June_, 2024:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that _Brenton Semprevivo_, _Managing Member_ of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that _Brenton Semprevivo_, _Managing Member_ of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that _Brenton Semprevivo_, _Managing Member_ of this LLC is authorized and directed to employ Dara L. Parker, 7177, attorney and the law firm of D. Parker Law PLLC to represent the corporation in such bankruptcy case."

Date: _7/15/24_                              Signed: _____

32